IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REX ROSIJI, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 11-6469 |
| THE CITY OF PHILADELPHIA, CHARLES H. RAMSEY, ARIANE M. THOMAS, PSY.D., and ANDREW T. WOLANIN, PSY.D., | |
| Defendants. | |

### ORDER

**AND NOW**, this 9th day of May, 2012, upon consideration of the Defendants City of Philadelphia and Commissioner Charles Ramsey's Motion to Dismiss the Amended Complaint (Doc. No. 20), the Motion to Dismiss Plaintiff's Amended Complaint by Defendant Ariane M. Thomas, PSY.D.'s (Doc. No. 21), Defendant Andrew T. Wolanin, PSY.D.'s Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 22), and the Responses and Replies thereto, it is hereby **ORDERED** that the Motions to Dismiss are **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE